UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LIONEL TREMAIN GILMORE | CIVIL ACTION NO.: 3:15-CV-00280 |
| VERSUS | |
| AGENT MATTHEW WOLFE, DETECTIVE GERRICA SMITH, CORPORAL CHAD COLLINS, CORPORAL K. DANIELS, CORPORAL JON MISTRETTA AND AGENT GREEN, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS EMPLOYEES OF EAST BATON ROUGE PARISH SHERIFF AND EAST BATON ROUGE PARISH SHERIFF, SID J. GAUTREAUX, III | JUDGE: BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE: RICHARD L. BOURGEOIS |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public for and in the Parish of East Baton Rouge, State of Louisiana, and in the presence of the undersigned competent witnesses, personally came and appeared:

### JON MISTRETTA

who, after being duly sworn by me, declared as follows:

1.

I am employed by the East Baton Rouge Sheriff. I am currently ranked as Sergeant and have been assigned to the Narcotics Division since October 7, 2013.

*[signature]*

2.

I was not personally served with a copy of the summons and complaint for the above captioned matter.

3.

Service was not made at my dwelling house or usual place of abode.

4.

Brigette Fresina is employed by the East Baton Rouge Sheriff as an Investigative Assistant in the Narcotics Office. She is not, and was not on August 28, 2015, authorized to accept service of process on my behalf.

The foregoing is based upon my personal knowledge.

Witnesses:

_____
Roxanne Martinez

_____
Stephani Thorne

_____
Jon Mistretta

**SWORN TO AND SUBSCRIBED** before me this 16th day of October, 2015, at Baton Rouge, Louisiana.

_____
NOTARY PUBLIC

TARA L. JOHNSTON
NOTARY ID # 91581
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life