AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| LIONEL TREMAIN GILMORE <br><br> *Plaintiff(s)* <br><br> v. <br><br> AGENT MATTHEW WOLFE, DETECTIVE GERRICA SMITH, CORPORAL CHAD COLLINS, CORPORAL K. DANIELS, CORPORAL JON MISTRETTA AND AGENT GREEN, INDIVIDUALLY IN THEIR OFFICIAL ~~CAPACITY AS EMPLOYEES OF EAST BATON~~ <br> *Defendant(s)* | Civil Action No. 3:15-cv-00280-BAJ-RLB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AGENT MATTHEW WOLFE, DETECTIVE GERRICA SMITH, CORPORAL CHAD COLLINS, CORPORAL K. DANIELS, CORPORAL JON MISTRETTA AND AGENT GREEN, INDIVIDUALLY IN THEIR OFFICIAL CAPACITY AS EMPLOYEES OF EAST BATON ROUGE PARISH SHERIFF AND EAST BATON ROUGE PARISH SHERIFF SID J. GAUTREAUX III
(through their place of employment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rolando R. Urbina
412 N. 4th St., Suite 102
Baton Rouge, LA 70802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 17, 2015



Michael L. McConnell
*CLERK OF COURT*

*Janice LeBlanc*
Signature of Clerk or Deputy Clerk



EXHIBIT
P-1

Civil Action No. 3:15-cv-00280

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Corporal Chad Collins

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* D/ Brigette Fresina, a person of suitable age and discretion who resides there, on *(date)* 8/28/15 10:03 a.m., and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

PATRICK FABRE - Agent
*Printed name and title*

Vanguard Investigations, LLC
P.O. Box 74736
Baton Rouge, LA 70874
Phone: 225-485-4959

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

LIONEL TREMAIN GILMORE )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 3:15-cv-00280-BAJ-RLB
AGENT MATTHEW WOLFE, DETECTIVE GERRICA )
SMITH, CORPORAL CHAD COLLINS, CORPORAL K. )
DANIELS, CORPORAL JON MISTRETTA AND )
AGENT GREEN, INDIVIDUALLY IN THEIR OFFICIAL )
CAPACITY AS EMPLOYEES OF EAST BATON )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AGENT MATTHEW WOLFE, DETECTIVE GERRICA SMITH, CORPORAL CHAD COLLINS, CORPORAL K. DANIELS, CORPORAL JON MISTRETTA AND AGENT GREEN, INDIVIDUALLY IN THEIR OFFICIAL CAPACITY AS EMPLOYEES OF EAST BATON ROUGE PARISH SHERIFF AND EAST BATON ROUGE PARISH SHERIFF SID J. GAUTREAUX III
(through their place of employment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rolando R. Urbina
412 N. 4th St., Suite 102
Baton Rouge, LA 70802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*



Date: August 17, 2015

*Signature of Clerk or Deputy Clerk*

Civil Action No. 00280

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Agent Matthew Wolfe

was received by me on *(date)* 08/19/2015 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* By Brigette Fresina , a person of suitable age and discretion who resides there, on *(date)* 8/22/15 10:35 a.m. , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 08/19/2015

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

LIONEL TREMAIN GILMORE )
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 3:15-cv-00280-BAJ-RLB
AGENT MATTHEW WOLFE, DETECTIVE GERRICA )
SMITH, CORPORAL CHAD COLLINS, CORPORAL K. )
DANIELS, CORPORAL JON MISTRETTA AND )
AGENT GREEN, INDIVIDUALLY IN THEIR OFFICIAL )
CAPACITY AS EMPLOYEES OF EAST BATON )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AGENT MATTHEW WOLFE, DETECTIVE GERRICA SMITH, CORPORAL CHAD COLLINS, CORPORAL K. DANIELS, CORPORAL JON MISTRETTA AND AGENT GREEN, INDIVIDUALLY IN THEIR OFFICIAL CAPACITY AS EMPLOYEES OF EAST BATON ROUGE PARISH SHERIFF AND EAST BATON ROUGE PARISH SHERIFF SID J. GAUTREAUX III
(through their place of employment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rolando R. Urbina
412 N. 4th St., Suite 102
Baton Rouge, LA 70802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: August 17, 2015



_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 00280

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Corporal K. Daniels

was received by me on *(date)* 08/19/2015 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Dy Brigette Fresina
_____ , a person of suitable age and discretion who resides there,
on *(date)* 8/28/15 , and mailed a copy to the individual's last known address; or
10:03 a.m.

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 08/19/2015    _____
                        *Server's signature*

                    _____
                        *Printed name and title*


                    _____
                        *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| LIONEL TREMAIN GILMORE <br><br> *Plaintiff(s)* <br> v. <br> AGENT MATTHEW WOLFE, DETECTIVE GERRICA SMITH, CORPORAL CHAD COLLINS, CORPORAL K. DANIELS, CORPORAL JON MISTRETTA AND AGENT GREEN, INDIVIDUALLY IN THEIR OFFICIAL ~~CAPACITY AS EMPLOYEES OF EAST BATON~~ <br> *Defendant(s)* | Civil Action No. 3:15-cv-00280-BAJ-RLB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AGENT MATTHEW WOLFE, DETECTIVE GERRICA SMITH, CORPORAL CHAD COLLINS, CORPORAL K. DANIELS, CORPORAL JON MISTRETTA AND AGENT GREEN, INDIVIDUALLY IN THEIR OFFICIAL CAPACITY AS EMPLOYEES OF EAST BATON ROUGE PARISH SHERIFF AND EAST BATON ROUGE PARISH SHERIFF SID J. GAUTREAUX III
(through their place of employment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rolando R. Urbina
412 N. 4th St., Suite 102
Baton Rouge, LA 70802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: August 17, 2015



*Signature of Clerk or Deputy Clerk*

Civil Action No. 00280

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Corporal Jon Mistretta

was received by me on *(date)* 08/19/2015 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Dy Brigette Fresina
_____ , a person of suitable age and discretion who resides there,
on *(date)* 8/28/15 , and mailed a copy to the individual's last known address; or
10:05 am.

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 08/19/2015          _____
                                    *Server's signature*

                          _____
                                    *Printed name and title*


                          _____
                                    *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| LIONEL TREMAIN GILMORE <br><br><br> *Plaintiff(s)* <br> v. <br> AGENT MATTHEW WOLFE, DETECTIVE GERRICA SMITH, CORPORAL CHAD COLLINS, CORPORAL K. DANIELS, CORPORAL JON MISTRETTA AND AGENT GREEN, INDIVIDUALLY IN THEIR OFFICIAL ~~CAPACITY AS EMPLOYEES OF EAST BATON~~ <br> *Defendant(s)* | Civil Action No. 3:15-cv-00280-BAJ-RLB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AGENT MATTHEW WOLFE, DETECTIVE GERRICA SMITH, CORPORAL CHAD COLLINS, CORPORAL K. DANIELS, CORPORAL JON MISTRETTA AND AGENT GREEN, INDIVIDUALLY IN THEIR OFFICIAL CAPACITY AS EMPLOYEES OF EAST BATON ROUGE PARISH SHERIFF AND EAST BATON ROUGE PARISH SHERIFF SID J. GAUTREAUX III
(through their place of employment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rolando R. Urbina
412 N. 4th St., Suite 102
Baton Rouge, LA 70802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
CLERK OF COURT

Date: August 17, 2015



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 00280

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Agent Green

was received by me on *(date)* 08/19/2015 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Dy Brigette Fresing , a person of suitable age and discretion who resides there,

on *(date)* 8/28/15 , and mailed a copy to the individual's last known address; or

10:03 a.m.

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 08/19/2015

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: